[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  14-11313
Non-Argument Calendar
_____

D.C. Docket No. 4:13-cr-00101-WTM-GRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY MOBLEY,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(February 12, 2015)

Before TJOFLAT, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Mark Lanier, appointed counsel for Anthony Mobley in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mobley's convictions and sentences are **AFFIRMED**.   Given our resolution of Lanier's *Anders* motion, we **DENY AS MOOT** Lanier's motion to withdraw on other grounds, Mobley's motion for appointment of alternate counsel, and Mobley's motion for an extension of time to file an appellate brief.